be greater than one-third the maximum. (Ill. Rev. Stat. 1973, ch. 38, sec. 1005—8—1(c) (4).) We therefore reduce the minimum sentence for aggravated battery to 20 months.

The judgment of the Circuit Court of Cook County is affirmed, as modified.

Judgment affirmed as modified.

BURKE and GOLDBERG, JJ. concur.

---

BARBARA B. KUHN BERGSTROM, Petitioner-Appellant and Cross-Appellee, v. JOHN P. KUHN, Respondent-Appellee and Cross-Appellant.

(No. 58863;

First District (1st Division)—January 14, 1974.

PER CURIAM.
HALLETT, J., took no part.

Eugene F. Welter, of Chicago, for appellant.

Rinella & Rinella, of Chicago (Bernard B. Rinella and Stuart Litwin, of counsel), for appellee.